AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

GREGORY ROSE and CATHERINE ROSE, and the marital community composed thereof,

                Plaintiffs,

                v.

RECONTRUST COMPANY, N.A., a wholly owned subsidiary of Bank of America, N.A., and BAC HOME LOANS SERVICING, LP, a Texas limited partnership,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-394-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants are awarded judgment on all claims asserted in Plaintiffs' second amended complaint pursuant to the Order Granting Motion For Judgment On The Pleadings entered on April 18, 2013, ECF No. 68.


April 18, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas